IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                     4:10CR00193-01-BRW

DEMETRIUS TORRENCE

## ORDER

Pending is the Government's Motion to Dismiss Counts 2-11 of Indictment (Doc. No. 36). Pursuant to a Plea Agreement, the Government would move to dismiss all remaining counts in the Indictment upon Defendant's plea of guilty to Count 1.[1] On September 23, 2011, Defendant pled guilty to Count 1.[2] Accordingly, the Government's Motion is GRANTED and Counts 2 - 11 of the Indictment are DISMISSED.

IT IS SO ORDERED this 27th day of September, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 34.

[2] Doc. No. 32.